IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02550-PAB-CBS

LAWRENCE A. AUBRECHT,

    Plaintiff,

v.

UNITED HEALTHCARE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Suspend Deadlines Pending Settlement and Dismissal (*doc. #11*) is GRANTED.

    IT IS FURTHER ORDERED that parties shall file a stipulated motion to dismiss with prejudice on or before **February 23, 2009**.

    IT IS FURTHER ORDERED that the scheduling conference, set for February 17, and all related deadlines are VACATED.

**DATED:**    February 9, 2009