IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02550-PAB-CBS

LAWRENCE A. AUBRECHT,

    Plaintiff,

v.

UNITED HEALTHCARE INSURANCE COMPANY,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the parties' Joint Motion for Dismissal with Prejudice [Docket No. 14]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion for dismissal [Docket No. 14] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED February 24, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge